IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 2:10cv272 |
| vs. | § | |
| | § | **JURY TRIAL DEMANDED** |
| YELLOWPAGES.COM, LLC, | § | |
| | § | |
| Defendant. | § | |

# PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Plaintiff hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. GEOTAG INC. hereby states that it has no parent corporation, nor does any publicly held company own 10% or more of its stock.

Dated:   July 26, 2010.                                Respectfully submitted,

/s/ Jonathan T. Suder
State Bar No. 19463350
David Skeels
State Bar No. 24041925
FRIEDMAN, SUDER & COOKE, P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
skeels@fsclaw.com

        Paul E. Knisely
        State Bar No. 11614550
        pek@knp-law.com
        Thomas P. Prehoditch
        State Bar No. 16245610
        tpp@knp-law.com
        Jason M. Panzer
        State Bar No. 00797198
        jpanzer@knp-law.com
        KNISELY, PREHODITCH & PANZER, P.C.
        9020 Capital of Texas Hwy. N.
        Building I, Suite 300
        Austin, Texas 78759
        (512) 338-8800
        (512) 338-8806 (fax)

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Jonathan T. Suder