IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC., | § | |
| | § | |
| vs. | § | NO. 2:10-CV-272-TJW |
| | § | |
| YELLOWPAGES.COM, LLC, | § | JURY |
| | § | |

## NOTICE OF APPEARANCE OF ATTORNEY JOHN J. EDMONDS

John J. Edmonds of COLLINS, EDMONDS & POGORZELSKI, PLLC hereby respectfully enters his appearance as attorney of record for Plaintiff, GeoTag, Inc.

November 4, 2010

Respectfully submitted,

GEOTAG, INC.

By: /s/ John J. Edmonds
Erick Robinson- LEAD COUNSEL
Texas Bar No. 24039142
John J. Edmonds
Texas Bar No. 789758
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Ste. 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
erobinson@cepiplaw.com
jedmonds@cepiplaw.com

ATTORNEYS FOR PLAINTIFF GEOTAG, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All other known counsel of record will be served via email.

November 4, 2010

/s/ John J. Edmonds
John J. Edmonds